UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB 25  AM 9:32
CLERK_____
SO. DIST. OF GA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR416-068 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. §§ 7 and 13 |
| | ) | |
| ANDREW J. PARKER III | ) | O.C.G.A. §§ 40-6-1 and 40-6-181 |
| | ) | Speeding |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about November 21, 2015, on Fort Stewart Military Reservation, land under the concurrent jurisdiction of the United States and the State of Georgia and located in the Southern District of Georgia,

**ANDREW J. PARKER III**

did unlawfully drive a motor vehicle at an approximate speed of 70 miles per hour in a 45 mile per hour zone, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Sections 40-6-1 and 40-6-181.

EDWARD J. TARVER
UNITED STATES ATTORNEY

_____
Jennifer G. Solari
Assistant U.S. Attorney

_____
Elizabeth G. Smitham
Special Assistant U.S. Attorney
Texas Bar No. 24090399